UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
MARK H. FADLEVICH,      STIPULATION AND
    ORDER OF REMAND
      Plaintiff,

                      Civil Action
   -against-                     CV-15-6943

COMMISSIONER OF SOCIAL SECURITY,    (Mauskopf, J.)

      Defendant.
----------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff *pro se*, MARK H. FADLEVICH, and counsel for the defendant, CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ("the Commissioner"), that pursuant to the fourth sentence of 42 U.S.C. § 405(g), which is made applicable to Supplemental Security Income (SSI) claims by 42 U.S.C. § 1383(c)(3), the Commissioner's decision dated April 28, 2015 is reversed, and plaintiff's claims for Disability Insurance benefits filed on January 29, 2014 and SSI filed on January 6, 2015 are remanded for further administrative proceedings. On remand, the Appeals Council will instruct the Administrative Law Judge to (1) further develop the record and attempt to obtain the plaintiff's medical records from the treating sources Dr. J. Patrick Stuebgen, Dr. Lauren Stossel, and Dr. Andrew Edelstein; (2) re-assess the plaintiff's migraine and mental impairments; (3) re-evaluate the opinion evidence from Drs. Stuebgen and Safdieh; (4) offer plaintiff the opportunity for a hearing; (5) take further action to complete the administrative record resolving the above issues; and (6) issue a new decision.

*Fadlevich v. Commissioner of Social Security, CV-15-6943 - Stipulation and Order of Remand*

The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

Dated: Astoria, New York
      December 22, 2016

                                       /s/ Mark H. Fadlevich
                                       MARK H. FADLEVICH
                                       *Pro Se Plaintiff*
                                       30-78 34th Street, Apt. 4F
                                       Astoria, New York 11103
                                       (205) 422-1818

Dated: Brooklyn, New York
      December 21, 2016

                                       ROBERT L. CAPERS
                                       United States Attorney
                                       Eastern District of New York
                                       Attorney for Defendant
                                       271 Cadman Plaza East, 7th Floor
                                       Brooklyn, New York 11201

By:    /s/ Sean P. Greene
        SEAN P. GREENE
        Assistant United States Attorney
        (718) 254-6484
        sean.greene@usdoj.gov

SO ORDERED:

s/Roslynn R. Mauskopf        12/28/16

---

HONORABLE ROSLYNN R. MAUSKOPF
UNITED STATES DISTRICT JUDGE